AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
Daniel Edwin Wilson

)
) Case: 1:23-mj-103
) Assigned To: Magistrate Judge Zia M. Faruqui
) Assigned Date: 5/17/2023
) Description: COMPLAINT WITH ARREST WARRANT
)
)

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* __Daniel Edwin Wilson__,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1512(c)(2) - Obstruction of Justice/Congress;
18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in any Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Disorderly and Disruptive Conduct on Capitol Grounds;
40 U.S.C. § 5104(e)(2)(G) - Parade, Demonstrate, or Picket on any Capitol Grounds.

Date: May 17, 2023

2023.05.17
15:25:01
-04'00'

*Issuing officer's signature*

City and state: Washington, D.C.

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* MAY 17, 2023, and the person was arrested on *(date)* MAY 25, 2023
at *(city and state)* Elizabethtown, KY.

Date: MAY 25, 2023

*Arresting officer's signature*

Special Agent FBI
*Printed name and title*