UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No.: 23-mj-103 |
| | : | |
| DANIEL EDWIN WILSON, | : | |
| | : | |
| Defendant. | : | |

## ORDER ON JOINT MOTION TO CONTINUE STATUS HEARING AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT

Based upon the representations in the Joint Motion To Continue Status Hearing and To Exclude Time Under the Speedy Trial Act, and upon consideration of the entire record, the Court makes the following findings:

The Defendant is charged by criminal complaint with various offenses, including obstruction of an official proceeding—a felony offense—related to crimes that occurred at the United States Capitol on January 6, 2021. Since the Defendant's first appearance in this district, the United States has begun providing discovery to the Defendant and expects additional disclosures in the future. The parties have also begun plea negotiations. Thus, the parties need additional time to review discovery and to engage in more meaningful plea discussions to determine how to resolve this case. Accordingly, the parties filed a joint motion to continue the status hearing set for August 1, 2023 for 60 days, and further requested that this Court toll the Speedy Trial Act from the date this Court enters an Order on this motion through and including the date of the next Status Hearing.

Given that the continuance will provide time for discovery and plea negotiations, the Court agrees that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial under 18 U.S.C. § 3161(h)(7)(A) based on the factors described in 18 U.S.C. § 3161(h)(7)(B)(i), (ii), and (iv).

Therefore, it is this 31st day of July, 2023,

**ORDERED** that the Joint Motion To Continue Status Hearing and To Exclude Time Under the Speedy Trial Act, is GRANTED; it is further

**ORDERED** that this proceeding is continued to October 3, 2023, at 1:00 PM; and it is further

**ORDERED** that the time from the date of this Order through and including the date of the next hearing is hereby excluded from the computation of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq*.

Date:  7/31/2023

_____
Robin M. Meriweather
United States Magistrate Judge